ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD JUCKNO,<br><br>Defendant. | CASE NO. 1:26-CR-00141-JLT-SAB<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and all other filings be unsealed.

IT IS SO ORDERED.

Dated: September 14, 2026

United States Magistrate Judge